IN THE UNITED STATES DISTICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Double-Take, Inc. | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | 1:08-CV-274 LY |
| | § | |
| Neverfail Group Ltd. And Neverfail, Inc. | § | |
| | § | |
|     Defendants | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Please let this serve as notice to the court of the appearance of Thad T. Dameris of Hogan & Hartson LLP as counsel for Plaintiff Double-Take, Inc.

WHEREFORE, Double-Take, Inc. respectfully requests that the Court and counsel include Mr. Dameris on all future filings and correspondence pertaining to this case.

    Respectfully submitted,

    HOGAN & HARTSON, L.L.P.

    /s/ *Thad T. Dameris*
    _____

    Thad T. Dameris
    State Bar No. 05345700
    Pennzoil Place
    711 Louisiana, Suite 2100
    Houston, Texas  77002
    Telephone (713) 632-1446
    Facsimile (713) 583-7621
    tdameris@hhlaw.com

    - and -

        Celine J. Crowson *(Pro Hac Vice Pending)*
        Walter B. Stillwell *(Pro Hac Vice Pending)*
        Raymond A. Kurz *(Pro Hac Vice Pending)*
        HOGAN & HARTSON LLP
        555 Thirteenth Street, N.W.
        Washington, D.C.  200004
        Telephone (202) 637-5600
        Facsimile (202) 637-5910

        **Counsel for Plaintiff, Double-Take, Inc.**

## CERTIFICATE OF SERVICE

      I certify that on April 21, 2008, a copy of this pleading, *Notice of Appearance of Counsel*, was served by electronic mail and certified mail, return receipt requested, on:

Nicole Corona
Scott Christie
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102


        /s/ *Thad T. Dameris*
        _____
        Thad T. Dameris